# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELFRED FRED SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ, Warden,<br><br>　　　　　　Respondent. | CASE NO. 2:18-CV-08222-SK<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed without prejudice.[1]

DATED: March 6, 2019

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] All parties consented to proceed before a U.S. Magistrate Judge for all proceedings, including entry of final judgment. (ECF 6, 8). *See* 28 U.S.C. § 636(c)(1).